UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| ROBERT A. MCDONALD, II, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 20-087-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| TERRY CARL, et al., | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Robert A. McDonald, II filed a *pro se* Complaint on June 22, 2020, alleging that the Kenton County Detention Center Jailer, Terry Carl, and Dr. Sueholtz were deliberately indifferent to his mental health needs.[1]  Each defendant filed a motion to dismiss for lack of prosecution, explaining that McDonald had been released from custody, had failed to update the Clerk's office with his current mailing address, and had failed to participate in discovery in accordance with the Court's Scheduling Order.  [Record Nos. 24, 25]  McDonald did not respond to the motions to dismiss.

On July 19, 2021, United States Magistrate Judge Matthew A. Stinnett issued a Report and Recommendation ("R & R"), recommending that the undersigned grant the defendants' motions and dismiss the case in its entirety, with prejudice.  [Record No. 27]  The parties were

---

[1]    McDonald incorrectly identified David Suetholz, M.D., as Dr. Sueholtz.

- 1 -

given 14 days within which to file objections to the R & R.  However, the objection period has expired and neither party has filed objections.[2]

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Accordingly, it is hereby

**ORDERED** as follows:

1.  The Report and Recommendation of United States Magistrate Judge Matthew A. Stinnett, filed July 19, 2021, [Record No. 27] is **ADOPTED** and **INCORPORATED** by reference.

2.  Defendant Terry Carl's motion to dismiss [Record No. 24] is **GRANTED**.

3.  Defendant David Suetholz, M.D.'s motion to dismiss [Record No. 25] is **GRANTED**.

4.  The claims asserted in this action by Plaintiff Robert A. McDonald, II against Defendants Terry Carl and David Suetholz, M.D. are **DISMISSED**, with prejudice, and this matter is **DISMISSED** and **STRICKEN** from the Court's docket.

---

[2] The Court also notes that the copy of the R & R mailed to the defendant was returned to the Clerk of Court on August 2, 2021, marked "Released."  [Record No. 28]  McDonald was advised on June 23, 2020, that he was required to immediately advise the Clerk's Office of any change in his mailing address and that failure to do so could result in dismissal of his case.  His failure to notify the Court of his release and resultant change of address supports the defendants' assertion that McDonald has abandoned this lawsuit.

- 3 -

Dated: August 9, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky